IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JACK WILLIAMS III,<br>    Plaintiff, | :<br>:<br>: |
| vs. | :  1:04-CV-100(WLS)<br>: |
| OFFICER ROBERT VON MENDENHALL,<br>*et al.*,<br>    Defendants. | :<br>:<br>:<br>: |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. #39), filed September 8, 2005. It is recommended that Defendants' motions to dismiss the Plaintiff's complaint based on his failure to diligently prosecute this lawsuit be granted. No objection has been filed.

Upon full consideration, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the order of this Court for reason of the findings made and reasons set out therein. Accordingly, Defendants' motions to dismiss are GRANTED, and the above-styled action is hereby DISMISSED.

SO ORDERED, this 4th day of October, 2005.

W. Louis Sands, Chief Judge
United States District Court